

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-13-00275-CV

Joseph **MAYZONE**,
Appellant

v.

**MISSIONARY OBLATES OF MARY IMMACULATE OF TX**. and Father Thomas Ovalle,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-19412
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The Appellee's Motion for Leave to File Sur-Reply is GRANTED.

It is so ORDERED on this 22nd day of January, 2014.

**PER CURIAM**

ATTESTED TO:_____
Keith E. Hottle
Clerk of Court